United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-1905

Roy G. Watson,                *

                     *

       Appellant,       *

                     *   Appeal from the United States

   v.                *   District Court for the

                     *   Western District of Missouri.

Jesse Brown, Secretary of the   *

Department of Veteran Affairs,   *      [UNPUBLISHED]

                     *

       Appellee.      *

_____

Submitted: August 4, 1997
Filed: August 18, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Roy G. Watson appeals the judgment of the District Court[1] in favor of defendants after a bench trial. Having reviewed the record and the parties' briefs, we conclude the judgment of the District Court is correct. None of the court's factual findings is reversible under the clear error standard, which governs our review of facts found by the trial court. Watson's argument concerning the effect of his FECA claim lacks merit. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Joseph E. Stevens, Jr., United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.